463 A.2d 33

Commonwealth v. Smith, Appellant.

Argued February 3, 1982.

Robert J. Donatoni, Assistant Public Defender, for appellant; Robert P. Brendza, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and McEWEN, JJ.

The order of the learned Chester County Common Pleas Court President Judge Dominic T. Marrone is affirmed.

463 A.2d 33

Commonwealth v. Sortino, Appellant.
Petition for Allowance of Appeal Denied Oct. 17, 1983.

Submitted June 22, 1982. Renald S. Baratta, for appellant; Richard H. Pepper, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, McEWEN and LIPEZ, JJ.

Judgment of sentence affirmed.